STATE of Missouri, Respondent,

v.

Jesse MASTERS, Appellant.

Jesse MASTERS, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 45195, 47888.

Missouri Court of Appeals,
Western District.

April 12, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 31, 1994.

Application to Transfer Denied
Aug. 15, 1994.

---

8. *State v. Dulany,* 781 S.W.2d 52 (Mo. banc 1989).

**566**

Lorry L. Kohrs, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Traci J. Sanders, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and KENNEDY and ELLIS, JJ.

PER CURIAM:

### ORDER

Appeal from conviction and sentence of forcible sodomy, burglary in the first degree and from denial of Rule 29.15 motion for post-conviction relief.

Affirmed. Rule 30.25(b) and Rule 84.16(b).